UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22911

RONALD EDWARD JENSEN SR
JACQUELINE HAZEL JENSEN                          CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5398    SSN XXX-XX-2971

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/16/2004 and was confirmed 08/30/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/14/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED | 14150.00 | 920.16 | 14150.00 |
| AMERICREDIT FINANCIAL SV | UNSEC W/INTER | 9944.47 | 1253.99 | 9944.47 |
| AMERIQUEST MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 26475.00 | 1721.65 | 26475.00 |
| FORD MOTOR CREDIT | UNSEC W/INTER | 1443.88 | 181.99 | 1443.88 |
| AVOCATE MEDICAL GROUP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ALAN AVERBACH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ALAN AVERBACH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ALL SEASONS COMFORT GUAR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ALL SEASONS COMFORT GUAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARLINGTON ENT HEAD & NEC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARLINGTON ENT HEAD & NEC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARLINGTON ENT HEAD & NEC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARLINGTON RIDGE PATHOLOG | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSEC W/INTER | 682.39 | 86.13 | 682.39 |
| CINGULAR WIRELESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 354.23 | 44.55 | 354.23 |
| KANE & MISAWA MD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HARLEYVILLE INS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HARLEYVILLE INS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 2338.28 | 294.81 | 2338.28 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 471.45 | 59.47 | 471.45 |
| MCI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MCI WORLD COM | NOTICE ONLY | NOT FILED | .00 | .00 |
| MIDWEST SPORTS & REHAB | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSEC W/INTER | NOT FILED | .00 | .00 |

```
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST COMMUNITY HOSP   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST ORTHOPEDIC & H   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST RADIOLOGY ASSO   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST RADIOLOGY ASSO   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST RADIOLOGY ASSO   NOTICE ONLY    NOT FILED                    .00              .00
NORTHWEST SUBURBAN ANEST   UNSEC W/INTER  NOT FILED                    .00              .00
NORTHWEST SUBURBAN ANEST   UNSEC W/INTER  NOT FILED                    .00              .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    399.09                   50.23           399.09
PALATINE DENTAL            NOTICE ONLY    NOT FILED                    .00              .00
PALATINE DENTAL            UNSEC W/INTER   1132.17                  142.79          1132.17
RESCUE MEDICAL TRANSPORT   UNSEC W/INTER  NOT FILED                    .00              .00
RESCUE MEDICAL TRANSPORT   NOTICE ONLY    NOT FILED                    .00              .00
CFC FINANCIAL CORPORATIO   UNSEC W/INTER    236.37                   29.96           236.37
SBC                        NOTICE ONLY    NOT FILED                    .00              .00
SBC/AMERITECH              NOTICE ONLY    NOT FILED                    .00              .00
STEVEN ABERN               UNSEC W/INTER    509.55                   51.51           509.55
STEVEN B ABERN MD          NOTICE ONLY    NOT FILED                    .00              .00
SUBURBAN SURGICAL CARE S   UNSEC W/INTER  NOT FILED                    .00              .00
HOME DEPOT                 UNSEC W/INTER  NOT FILED                    .00              .00
HOME DEPOT                 NOTICE ONLY    NOT FILED                    .00              .00
TOTO DENTAL ASSOCIATES     UNSEC W/INTER  NOT FILED                    .00              .00
TOTO DENTAL                NOTICE ONLY    NOT FILED                    .00              .00
WOMENS HEALTH FIRST LLC    UNSEC W/INTER  NOT FILED                    .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY    2,700.00                                  2,700.00
TOM VAUGHN                 TRUSTEE                                                   3,669.57
DEBTOR REFUND              REFUND                                                    1,206.31
```

Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 70,550.00

PRIORITY                                      .00

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 22911 RONALD EDWARD JENSEN SR & JACQUELINE HAZEL JENSEN

```
SECURED                                40,625.00
        INTEREST                        2,641.81
UNSECURED                              17,511.88
        INTEREST                        2,195.43
ADMINISTRATIVE                          2,700.00
TRUSTEE COMPENSATION                    3,669.57
DEBTOR REFUND                           1,206.31
                      ---------------   ---------------
TOTALS                    70,550.00        70,550.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE